**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,    ) | CR 03-881-4-PHX-FJM |
|                     Plaintiff,    ) | |
| vs.                                    ) | |
| Domanic Trishann Hopper,    ) | **ORDER** |
|                     Defendant.    ) | |

A detention hearing and a preliminary revocation hearing on the Superceding Petition on Supervised release were held on 03/02/2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2   court.
3   DATED this 3rd day of March, 2006.

                             Lawrence O. Anderson
                             United States Magistrate Judge